Eric R. McVittie, ABA #503007
Le Gros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone: 206-623-4990
Fax: 206-467-4828
emcvittie@legros.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY and NATIONAL CASUALTY COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS C. ROBINSON and ALEUTIAN ENDEAVORS, LLC,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No.: 3:17-cv-00180-HRH<br><br>JOINT NOTICE OF SETTLEMENT NEGOTIATIONS |

Pursuant to the Order from Chambers (Dkt. #13), dated December 29, 2017, Plaintiffs and Defendants hereby provide notice that they have reached a settlement agreement and are obtaining signatures on the final agreement and release. The parties expect to finalize the settlement by February 9, 2018.

//

//

//

JOINT NOTICE OF SETTLEMENT NEGOTIATIONS– Page 1 of 3
*Atlantic Specialty Insurance, et al. v Robinson, et al.*
Case No. 3:17-cv-00180-HRH
{28739-00380090;1}

Case 3:17-cv-00180-HRH   Document 14   Filed 01/25/18   Page 1 of 3

DATED this 25th day of January, 2018.

                LE GROS, BUCHANAN & PAUL

                By: *s/ Eric R. McVittie*
                Eric R. McVittie, ABA #503007
                4025 Delridge Way SW, Suite 500
                Seattle, WA 98106
                Telephone: 206-623-4990
                Facsimile: 206-467-4828
                Email: emcvittie@legros.com
                Attorneys for Plaintiffs

DATED this 25th day of January, 2018.

                HOLMES WEDDLE & BARCOTT

                By: *s/ Michael A. Barcott (via email authorization)*
                Michael A. Barcott, ABA #7705005
                999 Third Avenue, Suite 2600
                Seattle, Washington 98104
                Telephone: (206) 292-8008
                Facsimile: (206) 340-0289
                Email: mbarcott@hwb-law.com
                Attorneys for Defendants

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW, SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990 FAX (206) 467-4828

JOINT NOTICE OF SETTLEMENT NEGOTIATIONS– Page 2 of 3
*Atlantic Specialty Insurance, et al. v Robinson, et al.*
Case No. 3:17-cv-00180-HRH
{28739-00380090;1}

Case 3:17-cv-00180-HRH   Document 14   Filed 01/25/18   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable H. Russel Holland, and serve it on all associated counsel:

> Michael Barcott, ABA #77005005
> Holmes Weddle & Barcott, PC
> 999 Third Avenue, Suite 2600
> Seattle WA  98104
> Phone: 206.292.8008
> Fax: 206.340.0289
> Email: mbarcott@hwb-law.com
> Attorneys for Defendants

I certify under penalty of perjury under the laws of the United States and State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 25th day of January, 2018.

> *s/ Shelley Courter*
> Shelley Courter, Legal Assistant
> LeGros Buchanan & Paul
> 4025 Delridge Way SW, Suite 500
> Seattle, Washington 98106
> Telephone:     206-623-4990
> Facsimile:     206-467-2825
> E-mail:        scourter@legros.com

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW, SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990   FAX (206) 467-4828

JOINT NOTICE OF SETTLEMENT NEGOTIATIONS– Page 3 of 3
*Atlantic Specialty Insurance, et al. v Robinson, et al.*
Case No. 3:17-cv-00180-HRH
{28739-00380090;1}

Case 3:17-cv-00180-HRH    Document 14    Filed 01/25/18    Page 3 of 3