Eric R. McVittie, ABA #503007
Le Gros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone: 206-623-4990
Fax: 206-467-4828
emcvittie@legros.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY and NATIONAL CASUALTY COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS C. ROBINSON and ALEUTIAN ENDEAVORS, LLC,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No.: 3:17-cv-00180-HRH<br><br>STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER |

## STIPULATION

The parties to the above captioned action hereby stipulate to the entry of an

Order of Dismissal of all claims, with prejudice and without costs to either party.

/ / /

/ / /

/ / /

/ / /

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND
[PROPOSED] ORDER – Page 1 of 4
*Atlantic Specialty Insurance, et al. v Robinson, et al.*
Case No. 3:17-cv-00180-HRH

SO AGREED AND STIPULATED this 3rd day of October, 2018.

LE GROS, BUCHANAN & PAUL

*s/ Eric R. McVittie*
Eric R. McVittie, ABA #503007
Le Gros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone: 206-623-4990 / Fax: 206-467-4828
emcvittie@legros.com
Attorney for Plaintiffs


HOLMES WEDDLE & BARCOTT

*s/ Michael A. Barcott (via email authorization)*
Michael A. Barcott, ABA #7705005
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com
Attorneys for Defendants

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW, SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990  FAX (206) 467-4828

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND
[PROPOSED] ORDER – Page 2 of 4
*Atlantic Specialty Insurance, et al. v Robinson, et al.*
Case No. 3:17-cv-00180-HRH

Case 3:17-cv-00180-HRH   Document 25   Filed 10/03/18   Page 2 of 4

# [PROPOSED] ORDER OF DISMISSAL

Based upon the foregoing Stipulation, the above-captioned cause is hereby dismissed with prejudice and without costs.

DATED this ____ day of _____, 2018.

_____
HONORABLE H. RUSSEL HOLLAND
U.S. DISTRICT COURT JUDGE

*Presented by:*

LE GROS, BUCHANAN & PAUL

*s/ Eric R. McVittie*
Eric R. McVittie, ABA #503007
Le Gros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone: 206-623-4990 / Fax: 206-467-4828
emcvittie@legros.com
Attorney for Plaintiffs

HOLMES WEDDLE & BARCOTT

*s/ Michael A. Barcott (via email authorization)*
Michael A. Barcott, ABA #7705005
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com
Attorneys for Defendants

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND
[PROPOSED] ORDER – Page 3 of 4
*Atlantic Specialty Insurance, et al. v Robinson, et al.*
Case No. 3:17-cv-00180-HRH

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable H. Russel Holland, and serve it on all associated counsel:

    Michael Barcott, ABA #77005005
    Holmes Weddle & Barcott, PC
    999 Third Avenue, Suite 2600
    Seattle WA  98104
    Phone: 206.292.8008
    Fax: 206.340.0289
    Email: mbarcott@hwb-law.com
    Attorneys for Defendants

I certify under penalty of perjury under the laws of the United States and State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 3rd day of October, 2018.

        *s/ Shelley Courter*
        Shelley Courter, Legal Assistant
        LeGros Buchanan & Paul
        4025 Delridge Way SW, Suite 500
        Seattle, Washington 98106
        Telephone:    206-623-4990
        Facsimile:    206-467-2825
        E-mail:    scourter@legros.com

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW, SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990   FAX (206) 467-4828

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER – Page 4 of 4
*Atlantic Specialty Insurance, et al. v Robinson, et al.*
Case No. 3:17-cv-00180-HRH
(38529-044887881)